IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROBERT JOHN RUCKER, SR.,

    Plaintiff,

v.                                              4:14cv646-WS/CAS

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed February 2, 2015. See Doc. 17. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 20) to the magistrate judge's report and recommendation.

    Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted.  The plaintiff's assertions—that he has been misidentified and that he was not in prison when Case No. 2:04cv14274 was filed—are belied by the record in his cases.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.  The plaintiff's motions (docs. 14 and 16) for leave to proceed in forma pauperis are DENIED.

4.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5.  The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this    13th    day of    March   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE