IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT JOHN RUCKER, SR.,

    Plaintiff,

v.                                                                                    4:14cv646-WS

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, and
ANITA NICHOLS-WIMES,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation docketed May 27, 2015. See Doc. 30. The magistrate judge recommends that Plaintiff's "Sworn Motion for a Temporary Restraining Order and Preliminary Injunction" (doc. 27) be denied. Plaintiff has filed objections (doc. 31) to the report and recommendation. Having reviewed the record, including Plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's third report and recommendation (doc. 30) is ADOPTED and incorporated into this order by reference.

2.  Plaintiff's "Sworn Motion for a Temporary Restraining Order and Preliminary Injunction" (doc. 27) is DENIED.

DONE AND ORDERED this  15th  day of    June   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE